J-S47032-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO., AS TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A214CB MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-N UNDER POOLING & SERVICING AGREEMENT DATED AS OF 10/1/06 | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| ROBERT KEELER | |
| Appellant | No. 1534 MDA 2015 |

Appeal from the Order Entered August 10, 2015
In the Court of Common Pleas of Franklin County
Civil Division at No(s): 2008-1211

BEFORE:  SHOGAN, J., LAZARUS, J., and JENKINS, J.

JUDGMENT ORDER BY LAZARUS, J.:          **FILED JULY 06, 2016**

Robert Keeler appeals from the order of the Court of Common Pleas of Franklin County that denied his petition to set aside a sheriff's sale.  For the following reasons, we dismiss the appeal.

Keeler's *pro se* brief fails to comply with almost all applicable Pennsylvania Rules of Appellate Procedure.  Pa.R.A.P. 2101 provides that where defects in the appellant's brief or reproduced record are substantial, the appeal may be dismissed.  Here, Keeler did not file a reproduced record nor did he file an application seeking to be excused from producing one. ***See*** Pa.R.A.P. 2151(d).

Furthermore, Pa.R.A.P. 2117 requires a statement of the form of action followed by a brief procedural history, a brief history of any prior determination in the same case, the names of the judges whose determinations are to be reviewed and a condensed chronological statement of the facts. Instead, Keeler's brief contains an introductory note, a reference to the trial court's Pa.R.A.P. 1925(a) opinion, a statement of two general issues and a discussion of the grant of summary judgment entered more than five years ago.

Keeler's brief fails to include a summary of argument, *see* Pa.R.A.P. 2118. The argument section fails to comply with Pa.R.A.P. 2119 in that it consists of 28 numbered paragraphs with no clear connection or reference to the record. While the brief contains references to four cases, only one is a published decision, and it is from a federal bankruptcy court. Accordingly, none of the cases has precedential value in this Court.

Keeler's brief contains no table of contents, *see* Pa.R.A.P. 2174(a), and no table of citations, *see* Pa.R.A.P. 2174(b).

Finally, because Keeler's brief fails to explain why the trial court abused its discretion in denying his petition to set aside the sheriff's sale, we are unable to engage in meaningful review. ***See Branch Banking & Trust v. Gesiorski***, 904 A.2d 939 (Pa. Super. 2009) (dismissal appropriate where numerous defects in *pro se* brief prevented court from conducting meaningful appellate review).

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 7/6/2016